IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MOONEYHAM LURES, INC. | § | |
| and | § | |
| MAD MAN LURES, LTD. | § | |
|     PLAINTIFFS | § | |
| | § | |
| VS. | § | Cause No. 9:06cv28 |
| | § | |
| EBSCO INDUSTRIES, INC. | § | |
| and | § | Honorable Judge Ron Clark |
| PLASTIC RESEARCH AND | § | |
| DEVELOPMENT CORPORATION | § | |
|     DEFENDANTS | § | |

**ORDER**

The Court has been advised by counsel for the parties that they have stipulated to the dismissal of this case pursuant to Fed.R.Civ.P. 41(a)(1)(ii).  In accordance with the stipulation, this case is hereby DISMISSED on the merits with prejudice, including all claims and counterclaims.

So **ORDERED** and **SIGNED** this **18** day of **September, 2006.**

_____
Ron Clark, United States District Judge